IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr65

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ) | |
| JONATHAN RAYMOND DEWALT ) | |

**THIS MATTER** is before the Court on its own motion for purposes of reassignment in the above-captioned case. This case will be reassigned to the Honorable Richard. L. Voorhees, Chief District Judge for the Western District of North Carolina.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney

Signed: December 13, 2005

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge