IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:05-CR-65-RLV-DCK

UNITED STATES OF AMERICA

v.

JONATHAN RAYMOND DEWALT

**ORDER**

THIS MATTER came before the Court on defendant's Motion For Release of Records Regarding Sex Offender Treatment, filed on August 13, 2019. The defendant represents that the requested records are pertinent to a motion pending in Mecklenburg County Superior Court in which the defendant is requesting that he be removed from the sex offender registry. The government does not object.

It is, therefore, ORDERED that any and all records regarding sex offender treatment and counselling that Mr. DeWalt received while in the Bureau of Prisons or under the supervision of U.S. Probation be released to the defendant for use in the pending proceeding and no other purpose.

Signed: August 14, 2019

Richard L. Voorhees
United States District Judge